IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ASHLEY J. TONEY,

    Petitioner,

v.

CHRISTOPHER M. STEVENS,

    Respondent.

ORDER

Case No. 26-cv-9-jdp

---

Petitioner Ashley J. Toney seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than February 3, 2026. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately July 5, 2025 through the date of the petition, January 5, 2026.

ORDER

IT IS ORDERED that:

1. Petitioner Ashley J. Toney may have until February 3, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before February 3, 2026, I will assume that petitioner wishes to withdraw this petition.

Entered this 6th day of January, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge